■ PHILIP R. GUERRERI et al., Respondents, v. DALE F. GELDER et al., Respondents, and RAY MORROW, Appellant. (And Three Other Actions.)— Order unanimously affirmed, with costs. Memorandum: Reading the allegations of the complaint broadly as required by CPLR 3026, it sufficiently charges the direction and participation by the Sheriff in the alleged negligent acts to withstand the motion to dismiss as insufficient in law. (Appeal from order of Ontario Special Term denying motion to dismiss complaints in action for

damages for personal injuries.)    Present — Marsh, P. J., Witmer, Moule, Cardamone and Goldman, JJ.